IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID LEE SMITH | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 22-0124-CG-B |
| HEATH JACKSON, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 9th day of March, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE