IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID LEE SMITH, AIS 164818,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 22-0124-CG-B |
| **HEATH JACKSON, et al.,** | ) ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, the Defendants' Motion for Summary Judgment (Doc. 81) is **GRANTED**, and Plaintiff Smith's action against Defendants Heath Jackson, Richard Hetrick, and Kristy Godwin is **DISMISSED with prejudice**.

**DONE and ORDERED** this 15th day of January, 2025.

/s/ Callie V. Smith Granade
SENIOR UNITED STATES DISTRICT JUDGE