IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID LEE SMITH, AIS #164818,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 22-0124-CG-B |
| | ) |
| **HEATH JACKSON, et al.,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is entered in favor of Defendants Heath Jackson, Richard Hetrick, and Kristy Godwin and against Plaintiff David Lee Smith on all counts, and Plaintiff's action against said defendants is **DISMISSED with prejudice**.

**DONE and ORDERED** this 15 day of January, 2025.

/s/ Callie V. Smith Granade
SENIOR UNITED STATES DISTRICT JUDGE